IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIO D. PORTILLO N,

   Plaintiff,

    v.

SIX UNKNOWN NAMES AGENTS,
et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-1712-TWT

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of November, 2011.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge